UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | CRIMINAL NO: 10-99-RET-SCR |
| *Versus* | : | |
| | : | |
| THOMAS A. NELSON, JR. | : | |

**UNOPPOSED MOTION TO AMEND PROTECTIVE ORDER REGARDING DISCOVERY**

Comes now defendant, Thomas A. Nelson, Jr., who moves the Court for an Order amending the protective regarding discovery in these proceedings and shows:

I.

On July 14, 2010, this Court signed a Protective Order which appears in the record as Document 8. Mr. Nelson requests that the second paragraph of that Order be amended with the following additional language (which appears in bold type-face):

**(2.1) The defendant may review the discovery at his residence without his attorneys being present. The defendant shall not copy any of the discovery or disclose to anyone other than his attorneys any information contained in, or derived from, the discovery without prior approval by the Court.**

II.

Undersigned counsel has reviewed the foregoing proposed amendment with Corey Amundson, the Assistant U.S. Attorney handling Mr. Nelson's prosecution, and Mr. Amundson does not oppose this motion or the requested amendment.

*Page 1 of 3*

Case 3:10-cr-00099-BAJ -SCR    Document 49    02/22/11    Page 1 of 3

WHEREFORE, premises considered, Thomas Nelson asks that his Unopposed Motion to Amend Protective Order Regarding Discovery be granted.

RESPECTFULLY SUBMITTED:

  s/ MichaelA. Fiser
MICHAEL A. FISER
Attorney at Law
830 Main Street
Baton Rouge, LA 70802
Phone: (225)343-5059
Fax: (225)336-4667
Email: michael@fiserlaw.com
Bar Roll No: 28575
*Local Counsel for Defendant*

  s/ Page A. Pate
PAGE A. PATE
Pate & Brody, LLP
101 Marietta Street, Suite 3300
Atlanta, Georgia 30303
Phone: (404) 223-3310
Email: ppate@patebrody.com
Georgia Bar No. 565899
*Visiting Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that, on February 22, 2011, a copy of the foregoing motion was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to AUSA Corey Amundson and all counsel of record by operation of the Court's electronic filing system.

  s/ Michael A. Fiser
MICHAEL A. FISER

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL NO: 10-99-RET-SCR |
| *Versus* | : | |
| | : | |
| THOMAS A. NELSON, JR. | | |

## ORDER

Considering the above and foregoing:

IT IS ORDERED that Thomas A. Nelson, Jr.'s Unopposed Motion to Amend Protective Order Regarding Discovery in these proceedings is hereby GRANTED.

Paragraph Two of the Protective Order appearing in the record of these proceeding as Document 8 is hereby amended with the following additional language:

**(2.1) The defendant may review the discovery at his residence without his attorneys being present. The defendant shall not copy any of the discovery or disclose to anyone other than his attorneys any information contained in, or derived from, the discovery without prior approval by the Court**

Baton Rouge, Louisiana, this _____ day of _____, 2011.

_____
UNITES STATES DISTRICT JUDGE