UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL NO. 10-99-RET-SCR |
| *versus* | : | |
| | : | |
| THOMAS A. NELSON, JR. | : | |

**UNITED STATES' MOTION AND INCORPORATED**
**MEMORANDUM TO AUTHENTICATE RECORDINGS**

The United States of America by Donald J. Cazayoux, Jr., United States Attorney for the Middle District of Louisiana, through Corey R. Amundson and M. Patricia Jones, Assistant United States Attorneys, respectfully moves for an authenticity hearing, representing:

1.

The United States intends to introduce numerous recordings involving the defendant at the trial scheduled for June 6, 2011. Accordingly, the United States respectfully requests a hearing to authenticate such recordings. In order to provide the parties with a sufficient opportunity to determine whether stipulations can be reached as to authenticity, the United States respectfully requests that such a hearing be scheduled in relative close proximity to the trial date.

2.

Authentication is a condition precedent to admission of evidence that is satisfied when a party presents "evidence sufficient to support a finding that the matter in question is what its proponent claims." Fed.R.Evi. 901.

3.

"To establish authenticity [of a sound recording], the Government must demonstrate: 1) the operator's competency, 2) the fidelity of the recording equipment, 3) the absence of material alterations, and 4) the identification of relevant sounds or voices." United States v. Green, 324 F.3d 375, 379 (5th Cir. 2003) (citing United States v. Stone, 960 F.2d 426, 436 (5th Cir. 1992); United States v. Biggins, 551 F.2d 64, 66 (5th Cir. 1977)). "The party seeking to establish authenticity need not meet all the factors set out in Biggins, if '...upon independent examination, the district court is convinced that the recording accurately reproduces the auditory experience." Id. (quoting United States v. Buchanan, 70 F.3d 818, 827 (5th Cir. 1995)).

4.

At the authentication hearing, the United States intends to introduce evidence establishing each of the Biggins factors regarding the recordings to be introduced at trial.

WHEREFORE, the United States respectfully requests that the Court set a hearing regarding the authenticity of the recordings. In order to provide the parties with a sufficient opportunity to determine whether stipulations can be reached as to authenticity, the United States respectfully requests that such a hearing be scheduled in relative close proximity to the trial date.

UNITED STATES OF AMERICA, by

JAMES STANLEY LEMELLE
Attorney for the United States, Acting Under
Authority Conferred by 28 U.S.C. § 515

/s/ Corey R. Amundson
Corey R. Amundson, LBN 28865
Assistant United States Attorney
777 Florida Street, Suite 208
Baton Rouge, Louisiana 70801
Telephone: (225) 389-0443
E-mail: corey.amundson@usdoj.gov

# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL NO. 10-99-RET-SCR |
| *versus* | : | |
| | : | |
| THOMAS A. NELSON, JR. | : | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the within *United States' Motion and Incorporated Memorandum to Authenticate Recordings* was served on defense counsel through electronic service.

Baton Rouge, Louisiana, this 21st day of April, 2011.

UNITED STATES OF AMERICA, by

JAMES STANLEY LEMELLE
Attorney for the United States, Acting Under
Authority Conferred by 28 U.S.C. § 515

/s/ Corey R. Amundson
Corey R. Amundson, LBN 28865
Assistant United States Attorney
777 Florida Street, Suite 208
Baton Rouge, Louisiana 70801
Telephone: (225) 389-0443
E-mail: corey.amundson@usdoj.gov

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL NO. 10-99-RET-SCR |
| *versus* | : | |
| | : | |
| THOMAS A. NELSON, JR. | : | |

**ORDER**

Considering the foregoing United States' Motion, **IT IS ORDERED** that a hearing regarding the authentication of the recordings be held on the _____ day of _____, 2011.

Baton Rouge, Louisiana, this _____ day of _____, 2011.

_____
HONORABLE RALPH E. TYSON
CHIEF JUDGE, U.S. DISTRICT COURT