UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL NO: 10-99-RET-SCR |
| *Versus* | : | |
| | : | |
| THOMAS A. NELSON, JR. | : | |

**JOINT MOTION TO RESET DEADLINES**
**FOR PRE-TRIAL MOTIONS IN LIMINE**

Comes now undersigned counsel, who jointly move the Court for an Order resetting deadlines for filing pre-trial motions in limine, and in support, show:

I.

On November 3, 2010, the Court set a March 21, 2010, trial date in Nelson's case. (Rec. 44). In association with that date, the Court also set the following deadlines: "Proposed Voir Dire Questions shall be filed by 3/7/2011. Proposed Jury Charges shall be filed by 3/7/2011. Any Motions in Limine shall be filed by 3/7/2011 and any response shall be filed by 3/14/11." *Id*.

II.

Thereafter, on December 14, 2010, the Government filed an unopposed motion to continue the March 21, 2010, trial date. (Rec. 45). The continuance was granted, and Nelson's trial was reset to its present setting, June 6, 2011. (Rec. 46).

III.

As part of that June 6 order, the Court did not reschedule a date for motions in limine, proposed jury charges, or proposed voir dire. Later, however, on February 16, 2011, the Court did order that requested voir dire and proposed jury charges shall be filed not later than May 27,

2011. (Rec. 47). At present, a new date for filing pre-trial motions in limine has not been scheduled.

IV.

Undersigned counsel concur that resetting the previously set deadline for filing motions in limine would be beneficial to all parties, and in the interest of judicial efficiency, in order to streamline case presentation, adjust trial strategy, plan opening statements, and prepare jury instructions. Both defense counsel and the Government have identified at least three important issues that could cause substantial delays, disruption, and argumentation during trial, if not resolved pre-trial.

WHEREFORE, premises considered, the parties jointly request and suggest that deadlines for filing pre-trial motions in limine be reset as follows: Any motions in limine shall be filed by May 9, 2011, and any response shall be filed by May 16, 2011.

RESPECTFULLY SUBMITTED:

| s/ MichaelAFiser | s/ PageA.Pate | s/ Corey R. Amundson |
|---|---|---|
| MICHAEL A. FISER | PAGE A. PATE | COREY R. AMUNDSON |
| Attorney at Law | Pate & Brody, LLP | Assistant United States Attorney |
| 830 Main Street | 101 Marietta Street, Suite 3300 | 777 Florida Street, Suite 208 |
| Baton Rouge, LA 70802 | Atlanta, GA 30303 | Baton Rouge, LA 70801 |
| Phone: (225)343-5059 | Phone: (404) 223-3310 | Phone: (225) 389-0443 |
| Fax: (225)336-4667 | Email: ppate@patebrody.com | Fax: (225) 389-0561 |
| Email: michael@fiserlaw.com | Georgia Bar No. 565899 | Email: corey.amundson@usdoj.gov |
| Bar Roll No: 28575 | *Visiting Counsel for Defendant* | Bar Roll No: 28865 |
| *Local Counsel for Defendant* | | |

## CERTIFICATE OF SERVICE

I hereby certify that, on April 21, 2011, a copy of the foregoing motion was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to AUSA Corey Amundson and all counsel of record by operation of the Court's electronic filing system.

                                        s/ Michael A. Fiser
                                        MICHAEL A. FISER

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL NO: 10-99-RET-SCR |
| *Versus* | : | |
| | : | |
| THOMAS A. NELSON, JR. | | |

**ORDER**

Considering the above and foregoing joint request:

IT IS ORDERED that deadlines for filing pre-trial motions in limine be reset as follows:

Any motions in limine shall be filed by May 9, 2011, and any response shall be filed by May 16, 2011.

Baton Rouge, Louisiana, this _____ day of _____, 2011.

_____
UNITES STATES DISTRICT JUDGE