# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL NO. 10-99-RET-SCR |
| *versus* | : | |
| | : | |
| THOMAS A. NELSON, JR. | : | |

## ORDER

This matter comes before the Court on the United States' Motion in Limine to Bar Mention or Evidence of a Non-Testifying Former FBI Agent's Criminal Convictions. After due consideration, the motion is granted.

IT IS THEREFORE ORDERED that evidence and statements concerning Darin McAllister's convictions, the conduct underlying such convictions, and the investigation leading to such convictions are barred. This ruling assumes McAllister will not be a witness at trial. The Court may revisit this ruling if warranted.

So ordered this 13th day of May, 2011, Baton Rouge, Louisiana.

THE HONORABLE RALPH E. TYSON
CHIEF JUDGE, U.S. DISTRICT COURT