IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

UNITED STATES :
:
*versus* : CRIMINAL NO. 10-99-BAJ-SCR
:
THOMAS A. NELSON, JR., :
:
Defendant. :

### ORDER

This matter comes before the Court on Defendant Thomas Nelson's Motion for Leave to Proceed in Forma Pauperis pursuant to FRAP 24(a). After a review of Defendant Nelson's financial affidavit and due consideration, the motion is granted.

IT IS THEREFORE ORDERED that Defendant Nelson may proceed on appeal in forma pauperis.

So ordered this 12th day of March, 2012, Baton Rouge, Louisiana.

_____
HONORABLE BRIAN A. JACKSON
CHIEF JUDGE, UNITED STATES DISTRICT COURT