# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | |
| THOMAS A. NELSON, JR. | NO.: 10-00099-BAJ |

## ORDER

Before the Court is the **Motion to Vacate under 28 U.S.C. § 2255 (Doc. 217)** filed by Petitioner, Thomas A. Nelson, Jr. The United States filed an Opposition. (Doc. 237). Petitioner then filed a Reply. (Doc. 240). In his motion, Petitioner asserts two grounds: (1) that the Supreme Court's decision in *McDonnell v. United States*, 136 S. Ct. 2355 (2016) establishes that the conduct underlying his convictions on Counts One – Six does not violate the law of bribery, and (2) ineffective assistance of counsel during plea negotiations with respect to the decision to plead guilty or proceed to trial. (Doc. 217 at pp. 4–5).

Additionally, Petitioner filed a **Motion to Expand the Record (Doc. 216)** to include the signed plea agreement (Doc. 216-1) at issue in this matter. The United States does not oppose this Motion because it is relevant to the § 2255 motion, which alleges, *inter alia*, ineffective assistance of counsel during plea negotiations. (Doc. 233). As such,

**IT IS ORDERED** that the Petitioner's **Motion to Expand the Record (Doc. 216) is GRANTED**.

**IT IS FURTHER ORDERED** that an **Evidentiary Hearing** on Ground Two of Petitioner's Motion to Vacate, that is, ineffective assistance of counsel, is hereby set before the undersigned for **June 28, 2018 at 9:30 AM in Courtroom 2**. The United States Attorney is responsible for issuing any necessary writ to obtain Petitioner's presence at this hearing. Should the U.S. Marshal determine that a writ is necessary to obtain Petitioner's presence and that no writ has been received, the U.S. Marshal shall immediately advise the U.S. Attorney to deliver such writ in sufficient time to cause Petitioner's presence at such hearing.

**IT IS FURTHER ORDERED** that the Petitioner's **Motion to Enroll Additional Counsel (Doc. 241)** is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of Court notify counselors for Petitioner, Thomas A. Nelson, Attorney and John P. Aydell, Jr., Attorney.

Baton Rouge, Louisiana, this 14th day of May, 2018.

**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**